

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**SAMUEL G. DOBRE**
sdobre@bsk.com
P: 646.253.2320
F: 646.253.2377

December 3, 2019

**VIA ELECTRONIC CASE FILING**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re: ***Kiran Vuppala v. Y & S International Corporation, d/b/a Ramen-Ya***
> ***Civil Action No. 1:19-cv-04444***

Dear Judge Failla:

Please be advised that we represent Defendants Y & S International Corporation, d/b/a Ramen-Ya ("Ramen-Ya"), Jack Ancona and Arlene Ancona in the above-captioned action. I am submitting this joint letter request on behalf of the Plaintiff and Defendants respectfully requesting that the December 9, 2019 Initial Conference be adjourned for another thirty (30) days while the parties pursue further settlement discussions and appear close to reaching a settlement.

If this meets with Your Honor's approval, the Parties respectfully request you please "So Order" where indicated below.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

Samuel G. Dobre

cc: B. Bradley Weitz, Esq.
The Weitz Law Firm P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160

Application GRANTED.  The initial pretrial conference currently scheduled for December 9, 2019, is hereby ADJOURNED to January 15, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  December 3, 2019      SO ORDERED.
        New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE